Submitted on petition for review January 13, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for further consideration October 7, 1993

Wanda Jean ALLISON
and Kenneth Allison,
*Petitioners on Review,*

*v.*

Jeffrey KLEINMAN
and Harley Roberts,
*Respondents on Review.*

(CC A8702-01288; CA A66368; SC S39887)

858 P2d 1308

Robert S. Sola and Michael L. Williams, of Williams & Troutwine, P.C., Portland, filed the petition for petitioners on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of this court's opinion in *Caplener v. U.S. National Bank*, 317 Or 506, 857 P2d 830 (1993).